IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV377

| | | |
|---|---|---|
| CARAUSTAR CUSTOM PACKAGING GROUP (MARYLAND), INC. | ) ) ) | **ORDER GRANTING MOTION FOR ADMISSION** |
| Plaintiff, | ) | **PRO HAC VICE** |
| v. | ) ) | |
| STOCKART.COM, LLC, | ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court upon the motion of Defendant Stockart.com LLC to allow James Lorin Silverberg to appear *Pro Hac Vice*, filed March 1, 2006.

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Silverberg has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 7, 2006

Graham C. Mullen
United States District Judge